IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES P. CHASSE, JR., et al.,  )<br>  )<br>              Plaintiffs,  )<br>  )<br>    v.  )<br>  )<br>CHRISTOPHER HUMPHREYS, et al.,  )<br>  )<br>              Defendants.  )<br>_____)  | Civil Case No. 07-189-HU<br><br>O R D E R |

Tom Steenson
Steenson, Schumann, Tewksbury, Creighton &
Rose, P.C.
500 Yamhill Plaza Building
815 S.W. Second Avenue
Portland, Oregon  97204

    Attorney for Plaintiffs

James G. Rice
Deputy City Attorney
David A. Landrum
Deputy City Attorney
Office of the City Attorney
1221 S.W. Fourth Avenue, Room 430
Portland , Oregon 97204

    Attorneys for Defendants Humphreys, Nice, City of Portland, and Tri-County
        Metropolitan Transportation District of Oregon

Agnes Sowle
Multnomah County Attorney
Susan M. Dunaway
Assistant County Attorney
501 S.E. Hawthorne Boulevard, Suite 500
Portland, Oregon 97214-3587

    Attorneys for Defendants Multnomah County and Bret Burton

Elizabeth A. Schleuning
Jean Ohman Back
Schwabe Williamson & Wyatt, P.C.
1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, Oregon 97204

    Attorneys for Defendant American Medical Response Northwest, Inc.

Duane A. Bosworth
Derek D. Green
Davis Wright Tremaine LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201

    Attorneys for Intervenors The Associated Press, Belo Corp, dba: KGW-TV,
        City of Roses Newspaper Company, dba: Willamette Week, Fisher
        Communications, Inc., dba: KATU-TV, Meredith Corporation dba:
        KPTV-Channel 12, Montecito Broadcast Group, dba: KOIN-TV,
        Oregonian Publishing Company, and Pamplin Media Group, dba: The
        Portland Tribune

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on November 19, 2007. The Media Intervenors filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a nondispositive matter, the district court will modify or set aside any part of the order that is clearly erroneous or is contrary to law. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court, therefore, has reviewed the rulings of Magistrate Judge Hubel under a clearly erroneous or contrary to law standard.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated November 19, 2007 in its entirety.

IT IS HEREBY ORDERED that the Media Intervenors' arguments opposing the Protective Order and Amended Protective Order are rejected. The Orders will remain as entered.

DATED this 10th day of January, 2008.

GARR M. KING
United States District Judge

Page 3 - ORDER