JAMES G. RICE, Oregon State Bar ID Number 82488
Deputy City Attorney
jrice@ci.portland.or.us
DAVID A. LANDRUM, OSB #95542
Deputy City Attorney
dlandrum@ci.portland.or.us
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendants Humphreys, Nice and the City of Portland
and Tri-County Metropolitan Transportation District of Oregon

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **JAMES P. CHASSE, JR., et al.**, | CV-07-0189 HU |
| **PLAINTIFFS,** | CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIM FOR INJUNCTIVE RELIEF AND MOTION TO DISMISS THE PORTLAND POLICE BUREAU FROM THIS ACTION |
| v. | |
| **CHRISTOPHER HUMPHREYS, et al.,** | |
| **DEFENDANTS.** | **(Oral Argument Requested)** |

Pursuant to Local Rule 7.1, counsel for defendants Christopher Humphreys, Kyle Nice, Portland Police Bureau, City of Portland, and John and Jane Doe Officials (hereinafter City Defendants) and counsel for plaintiff have made a good faith effort through personal or telephone conferences to resolve the dispute, and have been unable to do so.

City Defendants move for an order as follows:

1.    Granting summary judgment in favor of City defendants on plaintiffs' claim for injunctive relief (Complaint § XIV, Tenth Claim for Relief) on the ground that plaintiffs cannot establish a claim for injunctive relief because there is no justiciable case or controversy upon

Page 1 –    CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS'
             CLAIM FOR INJUNCTIVE RELIEF AND MOTION TO DISMISS THE PORTLAND
             POLICE BUREAU FROM THIS ACTION

which to grant injunctive relief;

    2.    Granting summary judgment in favor of City defendants on plaintiffs' claim for injunctive relief (Complaint § XIV, Tenth Claim for Relief) on the ground that principles of federalism warrant restraint against issuance of such an injunction against a city government and;

    3.    Granting the City defendants' motion to dismiss the Portland Police Bureau from this action.

Dated this 10th day of March, 2008.

Respectfully submitted,

/s/ James G. Rice
JAMES G. RICE, OSB #82488
DAVID A. LANDRUM, OSB #95542
Telephone: (503) 823-4047
Deputy City Attorneys
Of Attorneys for Defendants Humphreys, Nice,
City of Portland and Tri-Met

Page 2 – CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIM FOR INJUNCTIVE RELIEF AND MOTION TO DISMISS THE PORTLAND POLICE BUREAU FROM THIS ACTION

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047

G:\Torts\Chasse.jgr\Pleadings\MSJ\MSJ Injunctive Relief MOTION.doc