Tom Steenson     OSB #74313
E-mail: gillian@sstcr.com
Michael Rose     OSB #75322
E-mail: mrose@sstcr.com
STEENSON, SCHUMANN,
TEWKSBURY, CREIGHTON
& ROSE, P.C.
500 Yamhill Plaza Building
815 S.W. Second Avenue
Portland, Oregon  97204
Phone:   (503) 221-1792
Fax:       (503) 223-1516

Zan Tewksbury   OSB #91165
E-mail: zan@sstcr.com
Beth Creighton    OSB #97244
E-mail: beth@sstcr.com

Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES P. CHASSE, JR.; et al., | Case No. CV-07-0189-HU |
| Plaintiffs, | MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CHRISTOPHER HUMPHREYS; et al., | |
| Defendants. | |

For all of the following reasons, Plaintiffs' Motion to Strike the City Defendants' Motion for Summary Judgment and their supporting documents should be granted.[1]

### A.   Failure to Confer Regarding City Defendants' Summary Judgment Motion

In violation of Local Rule 7.1 and despite the City defendants' representation to the Court

---

[1] The "City defendants" include Defendants Christopher Humphreys, Kyle Nice and City of Portland.

Page 1   MEMO IN SUPP OF PLS' MOT TO STRIKE
CITY DEFS' SUM J MOT

STEENSON
SCHUMANN
TEWKSBURY
CREIGHTON
and ROSE,  PC
815 S.W. 2nd Ave. #500
Portland, Or. 97204
Tel:  (503) 221-1792

that they conferred in good faith with counsel for plaintiffs on the motion before it was filed, as described below they did not.  Declaration of Counsel in Support of Plaintiffs' Motion to Strike the City Defendants' Motion for Summary Judgment ("Steenson Decl") ¶ 3.

 For this reason alone, the City defendants' summary judgment motion should be denied.

### B. Failure to Submit Admissible Evidence with Citations to Record in Support of City Defendants' Concise Statement of Facts

*No* factual record has been submitted by the City in support of their summary judgment motion.  Moreover, with no evidence in the record with which to cite to, missing from the City Defendants' Concise Statement of Facts is the required citations to supporting and admissible evidence in the record.  Thus, in violation of Local Rule 56.1(c), the City defendants (Christopher Humphreys, Kyle Nice and City of Portland) failed to file a concise statement of material facts with citations to supporting and admissible evidence in the record.  Steenson Decl ¶ 4.

Dated this 9th day of May 2008.

                                                s/ Tom Steenson
                                                TOM STEENSON, OSB #74313
                                                Of Attorneys for Plaintiffs
                                                503 / 221-1792

Page 2   MEMO IN SUPP OF PLS' MOT TO STRIKE
         CITY DEFS' SUM J MOT

STEENSON
SCHUMANN
TEWKSBURY
CREIGHTON
and ROSE, PC
815 S.W. 2nd Ave. #500
Portland, Or. 97204
Tel: (503) 221-1792

Page 3   MEMO IN SUPP OF PLS' MOT TO STRIKE
         CITY DEFS' SUM J MOT

STEENSON
SCHUMANN
TEWKSBURY
CREIGHTON
and ROSE, PC
815 S.W. 2nd Ave. #500
Portland, Or. 97204
Tel: (503) 221-1792