IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JAMES P. CHASSE, JR., JAMES P. CHASSE, LINDA GERBER, MARK CHASSE, individually and in his capacity as Personal Representative of the ESTATE OF JAMES P. CHASSE, JR.<br><br>     Plaintiffs,<br><br> vs.<br><br>CHRISTOPHER HUMPHREYS, KYLE NICE, CITY OF PORTLAND, CITY OF PORTLAND JOHN DOE FIREFIGHTERS/ PARAMEDICS, PORTLAND POLICE BUREAU AND JOHN AND JANE DOE OFFICIALS, BRET BURTON, MULTNOMAH COUNTY, MULT- NOMAH COUNTY JOHN AND JANE DOE DEPUTY SHERIFFS AND MEDICAL PERSONNEL, MULTNOMAH COUNTY JOHN AND JANE DOE SHERIFF'S OFFICE AND OTHER OFFICIALS, TRI-COUNTY METRO- POLITAN TRANSPORTATION DISTRICT OF OREGON, AMERICAN | Civil Case No. 07-189-KI<br><br>ORDER OF DISMISSAL |

Page 1 - ORDER OF DISMISSAL

MEDICAL RESPONSE NORTHWEST,     )
INC., TOM POTTER, ROSANNE SIZER,  )
TAMARA HERGERT, KEVIN             )
STUCKER, SOKUNTHY EATH,           )
PATRICIA GAYMAN,                  )
                                  )
          Defendants.             )
                                  )

       Beth Ann Creighton
       Michael E. Rose
       Thomas M. Steenson
       Zan E. Tewksbury
       Steenson Schumann Tewksbury & Rose, P.C.
       815 SW Second Avenue
       500 Yamhill Plaza Building
       Portland, Oregon  97204

            Attorneys for Plaintiffs

       James G. Rice
       David A. Landrum
       City of Portland
       1221 SW Fourth Avenue, Room 430
       Portland, Oregon  97204

       Julie Annette Smith
       Thomas M. Christ
       Robert E. Barton
       Cosgrave Vergeer Kester
       805 Sw Broadway, 8th Floor
       Portland, Oregon  97205

       Susan M. Dunaway
       Carlos J. Calandriello
       Multnomah County Attorney
       501 SE Hawthorne Boulevard, Suite 500
       Portland, Oregon  97214

       James L. Dumas
       Jay W. Beattie
       Sheri C. Browning

Page 2 - ORDER OF DISMISSAL

Jenni E. Mosebach
Lindsay Hart Neil & Weigler, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201

Elizabeth A. Schleuning
Jean Ohman Back
Schwabe Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 SW Fifth Avenue
Portland, Oregon 97204

James P. Martin
Kari A. Furnanz
Steven A. Kraemer
Hoffman Hart & Wagner, LLP
1000 SW Broadway, 20th Floor
Portland, Oregon 97205

    Attorneys for Defendants

KING, Judge:

Based on the parties' stipulation, defendants Multnomah County, Bret Burton, Patricia Gayman, and Sokunthy Eath are dismissed with prejudice and without an award of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated this _____17th_____ day of August, 2009.

                               /s/ Garr M. King
                               Garr M. King
                               United States District Judge