**Subject:** Chasse v. Humphreys et al
**From:** Gillian <gillian@sstcr.com>
**Date:** Fri, 20 Jul 2007 10:09:27 -0700
**To:** "Back, Jean" <JBack@SCHWABE.com>, susan.m.dunaway@co.multnomah.or.us, jrice@ci.portland.or.us

```
Counsel: I am mailing out Plaintiffs' Responses to the City's requests and
interrogatories today. I hope to have the first set of responsive documents to each
of you no later than Wednesday of next week.

Additionally, if defendants could agree upon a time and date for the week beginning
July 30th to review the other responsive documents/things, I will be available
anytime except for the morning of 30th. Thanks.

Gillian Austin
Paralegal
Steenson Schumann Tewksbury
Creighton & Rose, PC
815 SW Second Avenue, Suite 500
Portland, Oregon 97204
Tel: 503 221-1792
Fax: 503 223-1516
```



EXHIBIT A