JAMES G. RICE, Oregon State Bar ID No. 82488
Deputy City Attorney
Jim.Rice@portlandoregon.gov
DAVID A. LANDRUM, Oregon State Bar ID No. 95542
Deputy City Attorney
David.Landrum@portlandoregon.gov
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
ANNE M. BREMNER, Washington State Bar ID No. 13269
*Admitted Pro Hac Vice*
abremner@staffordfrey.com
TED BUCK, Washington State Bar No. 22029
*Admitted Pro Hac Vice*
tbuck@staffordfrey.com
Of Attorneys for Defendants Humphreys, Nice,
City of Portland, Sizer, Potter, and
Tri-County Metropolitan Transportation District of Oregon

FILED
AUG -2 2010

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JAMES P. CHASSE, JR.; JAMES P. CHASSE; LINDA GERBER; and MARK CHASSE,** individually and in his capacity as Personal Representative of the Estate of James P. Chasse, Jr.<br><br>PLAINTIFFS,<br><br>v.<br><br>**CHRISTOPHER HUMPHREYS, KYLE NICE; CITY OF PORTLAND; ROSANNE SIZER; TOM POTTER; AND TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON,**<br><br>DEFENDANTS. | 07-CV-189-KI<br><br>SECOND AMENDED PROTECTIVE ORDER |

On November 2, 2010, during the discovery phase of this litigation, an Amended Protective Order was filed, (Doc. 147).

Page 1 — SECOND AMENDED PROTECTIVE ORDER

I hereby amend the Amended Protective Order and limit the scope of documents covered that were produced either by plaintiffs or the defendants City of Portland, Chris Humphreys, Kyle Nice, Tom Potter, Rosanne Sizer and TriMet (hereinafter "City defendants"). The only documents of the plaintiffs and the City defendants that remain protected are:

    a.    The medical records, mental health records and mental health treatment records of James Chasse Jr.;

    b.    The medical records of Kyle Nice;

    c.    The medical records of Chris Humphreys;

    d.    The personnel files of Kyle Nice;

    e.    The personnel files of Chris Humphreys.

    f.    Any training record document of the City defendants with the exception of those identified by bates number in Exhibit A attached.

Within 90-days of the dismissal of this action all protected documents will be destroyed or returned to the parties' counsel together with a letter containing a truthful assurance that all documents, copies or reproduction of such documents or electronically recorded information have been destroyed or returned and that any electronic copies stored on all computers have been erased.

IT IS SO ORDERED.

Dated this _30_ day of _July_ 2010

_____
Garr M. King
United States District Judge

Page 2 –    SECOND AMENDED PROTECTIVE ORDER

| Begdoc# | Enddoc# | Protective Order | Document Type |
|---|---|---|---|
| 102031 | 102031 | RELEASE | Detectives Notebook |
| 102032 | 102032 | RELEASE | Detectives Notebook |
| 102033 | 102033 | RELEASE | Detectives Notebook |
| 102034 | 102034 | RELEASE | Detectives Notebook |
| 102035 | 102035 | RELEASE | Detectives Notebook |
| 102036 | 102036 | RELEASE | Detectives Notebook |
| 151826 | 151827 | RELEASE | Discipline |
| 152360 | 152361 | RELEASE | Discipline |
| 128187 | 128191 | RELEASE | IAD No. 2006-B-0016 |
| 128192 | 128222 | RELEASE | IAD No. 2006-B-0016 |
| 128223 | 128223 | RELEASE | IAD No. 2006-B-0016 |
| 138031 | 138110 | RELEASE - REDACT OFFICER PHOTOS | IAD No. 2006-B-0016 |
| 146764 | 146764 | RELEASE | IAD No. 2006-B-0016 |
| 146765 | 146767 | RELEASE | IAD No. 2006-B-0016 |
| 146768 | 146855 | RELEASE | IAD No. 2006-B-0016 |
| 147058 | 147058 | RELEASE | IAD No. 2006-B-0016 |
| 147059 | 147059 | RELEASE | IAD No. 2006-B-0016 |
| 147811 | 147813 | RELEASE | IAD No. 2006-B-0016 |
| 148175 | 148182 | RELEASE | IAD No. 2006-B-0016 |
| 148203 | 148225 | RELEASE | IAD No. 2006-B-0016 |
| 148226 | 148253 | RELEASE | IAD No. 2006-B-0016 |
| 148254 | 148257 | RELEASE | IAD No. 2006-B-0016 |
| 149035 | 149083 | RELEASE | IAD No. 2006-B-0016 |
| 149208 | 149258 | RELEASE | IAD No. 2006-B-0016 |
| 149259 | 149309 | RELEASE | IAD No. 2006-B-0016 |
| 149340 | 149424 | RELEASE | IAD No. 2006-B-0016 |
| 149455 | 149466 | RELEASE WITH REDACTIONS | IAD No. 2006-B-0016 |
| 149467 | 149467 | RELEASE | IAD No. 2006-B-0016 |
| 149468 | 149494 | RELEASE | IAD No. 2006-B-0016 |
| 152339 | 152339 | RELEASE | IAD No. 2006-B-0016 |
| 149939 | 150079 | RELEASE | IAD No. 2008-B-0039 |
| 115115 | 115129 | RELEASE WITH REDACTIONS | IAD |
| 115131 | 115358 | RELEASE WITH REDACTIONS | IAD |
| 103044 | 103044 | RELEASE | ID |
| 115728 | 115728 | RELEASE | Training |
| 115741 | 115749 | RELEASE | Training |
| 115752 | 115755 | RELEASE | Training |
| 115757 | 115760 | RELEASE | Training |
| 115834 | 115835 | RELEASE | Training |
| 115836 | 115837 | RELEASE | Training |
| 115981 | 116036 | RELEASE | Training |
| 116037 | 116130 | RELEASE | Training |
| 116166 | 116182 | RELEASE | Training |
| 116254 | 116291 | RELEASE | Training |
| 116302 | 116302 | RELEASE | Training |
| 116309 | 116318 | RELEASE | Training |
| 116321 | 116325 | RELEASE WITH REDACTIONS | Training |
| 116375 | 116375 | RELEASE | Training |

EXHIBIT A
PAGE 1

| Begdoc# | Enddoc# | Protective Order | Document Type |
|---|---|---|---|
| 116419 | 116419 | RELEASE | Training |
| 116436 | 116447 | RELEASE | Training |
| 116605 | 116626 | RELEASE | Training |
| 116627 | 116663 | RELEASE | Training |
| 116868 | 116885 | RELEASE | Training |
| 116976 | 116976 | RELEASE | Training |
| 117583 | 118593 | RELEASE | Training |
| 117615 | 117623 | RELEASE | Training |
| 117624 | 117627 | RELEASE | Training |
| 117811 | 117811 | RELEASE | Training |
| 117822 | 117823 | RELEASE | Training |
| 117841 | 117852 | RELEASE | Training |
| 117932 | 118299 | RELEASE | Training |
| 118300 | 118670 | RELEASE | Training |
| 118671 | 118683 | RELEASE | Training |
| 118684 | 118713 | RELEASE | Training |
| 118714 | 118975 | RELEASE | Training |
| 118976 | 119234 | RELEASE | Training |
| 119235 | 119236 | RELEASE | Training |
| 119237 | 119241 | RELEASE | Training |
| 119242 | 119243 | RELEASE | Training |
| 119244 | 119251 | RELEASE | Training |
| 119252 | 119254 | RELEASE | Training |
| 119255 | 119508 | RELEASE | Training |
| 119509 | 119763 | RELEASE | Training |
| 119764 | 119767 | RELEASE | Training |
| 119768 | 119774 | RELEASE | Training |
| 119775 | 119778 | RELEASE | Training |
| 124428 | 124428 | RELEASE | Training |
| 150097 | 150097 | RELEASE | Training |
| 152341 | 152341 | RELEASE | Training |
| 152342 | 152342 | RELEASE | Training |
| 119886 | 119892 | RELEASE | Training Bulletins |
| 119972 | 119975 | RELEASE | Training Bulletins |
| 120148 | 120151 | RELEASE | Training Bulletins |
| 120154 | 120157 | RELEASE | Training Bulletins |
| 124422 | 124427 | RELEASE | Training Bulletins |
| 115572 | 115593 | RELEASE | Use of Force Review Board |
| 147021 | 147042 | RELEASE | Use of Force Review Board |
| 149567 | 149569 | RELEASE | Use of Force Review Board |
| 149570 | 149570 | RELEASE | Use of Force Review Board |
| 149571 | 149590 | RELEASE WITH REDACTIONS | Use of Force Review Board |
| 149591 | 149632 | RELEASE | Use of Force Review Board |
| 149633 | 149658 | RELEASE | Use of Force Review Board |
| 149659 | 149696 | RELEASE | Use of Force Review Board |
| 149697 | 149698 | RELEASE | Use of Force Review Board |
| 149699 | 149701 | RELEASE | Use of Force Review Board |
| 149702 | 149703 | RELEASE | Use of Force Review Board |
| 149704 | 149704 | RELEASE | Use of Force Review Board |
| 149705 | 149705 | RELEASE | Use of Force Review Board |
| 149706 | 149709 | RELEASE | Use of Force Review Board |
| 149710 | 149730 | RELEASE | Use of Force Review Board |
| 149731 | 149732 | RELEASE | Use of Force Review Board |

Documents to Release from Protective Order

| BegJoc# | Enddoc# | Protective Order | Document Type |
|---|---|---|---|
| 149733 | 149736 | RELEASE WITH REDACTIONS | Use of Force Review Board |
| 149737 | 149783 | RELEASE | Use of Force Review Board |
| 149785 | 149785 | RELEASE WITH REDACTIONS | Use of Force Review Board |
| 149893 | 149898 | RELEASE | Use of Force Review Board |
| 151842 | 152322 | RELEASE WITH REDACTIONS | Use of Force Review Board |
| 151825 | 151825 | RELEASE | Use of Force Review Board |
| 151824 | 151824 | RELEASE | Use of Force Review Board |
| 150117 | 150122 | RELEASE WITH REDACTIONS | Use of Force Review Board |